UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                              Chapter 11

BURNSIDE AVENUE LOT STORES, INC., et al.,     Case No. 08-12988 (JMP)

                         Debtors.                       <u>Jointly Administered</u>

-----------------------------------------------------------------x

## STIPULATION AND ORDER ALLOWING
## <u>CLAIM 50 FILED BY CRYSTAL ART D/B/A PERFECT ART</u>

WHEREAS, as of July 31, 2008 Burnside Avenue Lot Stores, Inc. and its affiliates (the "Debtors") filed voluntary Chapter 11 petitions in bankruptcy; and

WHEREAS, Crystal Art of Florida, Inc. d/b/a Perfect Art ("Perfect Art") filed a proof of claim in these bankruptcy cases asserting that it is owed the sum of $28,200.00, which claim was assigned number 50 by the Clerk of the Court; and

WHEREAS, the Debtor has objected to the allowance of claim 50; and

WHEREAS, to avoid protracted litigation, the parties have agreed to settle their dispute.

NOW THEREFORE, it is hereby stipulated by and between the Debtor and Perfect Art as follows:

1. Claim 50 filed by Perfect Art is hereby allowed as a general unsecured claim in the amount of $23,958.12.

2. This Stipulation and Order may be signed in counterparts and by facsimile, with each signed counterpart being deemed a part of the original document.

3. This Stipulation and Order is subject to the approval of the Bankruptcy Court. In the event the Court does not approve this Stipulation and Order, then it shall be deemed null and void and of no force or effect.

Dated: New York, New York
November 24, 2009

| | |
|---|---|
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP<br>Counsel to the Debtors<br>1501 Broadway, 22d Floor<br>New York, New York 10036<br>(212) 221-5700 | EDWARD S. HOCHMAN, ESQ.<br>Counsel to Perfect Art<br>225 East 57th Street<br>Suite 106<br>New York, NY 10022<br>(212) 317-4848 |
| By: /s/ J. Ted Donovan, Esq. | By: /s/ Edward S. Hochman, Esq. |

SO ORDERED:

Dated: New York, New York
December 7, 2009

    *s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge